IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, for and on behalf of SAM TEMPLES MASONRY, INC., | ) ) ) ) | Civil Action No: 3:10-3233-JFA |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO STAY PENDING ARBITRATION** |
| RAND ENTERPRISES, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on a consent motion by the parties to stay this action and refer all claims between the Plaintiff and the Defendants, Rand Enterprises, Inc. and Travelers Casualty and Surety Company, to binding arbitration in accordance with the arbitration agreement in the subcontract between the parties and the Federal Arbitration Act, 9 U.S.C. § 3.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., this matter is stayed pending completion of the binding arbitration between and among the parties. The arbitration shall be completed by December 1, 2011, and the parties shall submit a status report to the Court by December 15, 2011.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

April 14, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge